IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JACQUELINE HORNE PARKER, )
        Plaintiff, )
        v. ) CIVIL ACTION NO.: CV213-137
CAROLYN W. COLVIN, Acting )
Commissioner of Social Security, )
        Defendant. )

## ORDER

Plaintiff through her counsel has filed an application for attorney's fees under the Equal Access to Justice Act ("EAJA"), 5 U.S.C. § 504, 28 U.S.C. § 2412. She seeks attorney's fees for 20 hours of time spent handling this action. She seeks compensation in the total amount of $3,800.00 in "court time" fees plus $17.30 in expenses. Defendant has filed no response to the application indicating no opposition thereto.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's counsel is awarded fees and expenses in the total amount of $3,817.30.

SO ORDERED, this ____ day of October, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)